DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

**FILED**
**AUG 20 2020**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                            ) Case No.: No. 19-24126-C13

REID, FRANCES NICOLE    ) UNCLAIMED FUNDS
          Debtor(s)

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #850597 in the sum of $1,571.73 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Debtor Refund | | $1,571.73 |

TOTAL CHECK $1,571.73

Dated this 14th day of August, 2020.      BY: 
                                                                        TRUSTEE